Nancy Curry, Chapter 13 Trustee
606 South Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014  FAX (213) 689-3055

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>ARCILA, JORGE<br><br><br><br><br><br><br>                                             Debtor | CASE NO. LA 2:10-bk-28206-VZ<br><br>CHAPTER 13<br><br>**TRUSTEE'S OBJECTION TO CONFIRMATION;**<br>**0% PLAN; DECLARATION; NOTICE OF**<br>**POSSIBLE DISMISSAL OR CONVERSION**<br><br>Date/Time: August 9, 2010 09:00 AM<br>Courtroom 1368<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

The Chapter 13 Standing Trustee hereby objects to confirmation of the proposed plan because the Debtor has failed to meet all necessary requirements as detailed in the attached declaration.

THE FAILURE OF THE DEBTOR, OR THE ATTORNEY REPRESENTING THE DEBTOR, TO APPEAR AT THE CONFIRMATION HEARING AND FAILURE TO PRESENT EVIDENCE THAT ALL REQUIRED PAYMENTS ARE CURRENT MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.

WHEREFORE, the Trustee respectfully requests that confirmation of the plan be denied and for such other relief as the Court may deem appropriate.

DATED:  June 23, 2010                                                                                                         /s/ Nancy Curry

## DECLARATION OF NANCY CURRY

I, Nancy Curry, declare as follows:

1. I am the Chapter 13 Standing Trustee in this matter ARCILA, JORGE, , LA 2:10-bk-28206-VZ and I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I object to confirmation of the proposed Plan because of the specific deficiencies which are set forth in the attached exhibit which is incorporated herein by reference. All of these deficiencies existed prior to or at the time of the §341(a) Meeting held in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 23, 2010                                      /s/ Nancy Curry

TE OBJ TO PLN CNF

If the Debtor fails to produce the requested documents and fails to resolve the issues set forth in this objection to confirmation, the Trustee will recommend dismissal or conversion of the case for cause and unreasonable delay that is prejudicial to creditors. See 11 U.S.C. §§1307(c) and 1307(c)(1).

*Other issues may arise at or before confirmation requiring additional action or information by the debtor and counsel.*

## Income

The Debtor is requested to provide complete copies of Federal and State Income Tax Returns, including W-2s, 1099s or other supporting documentation for the most recently ended calendar year [ 11 USC §521(e)(2), LBR 3015-1(c)(3)] – 2009 tax return.

The Debtor who owns upholstery business has failed to comply with the business reporting requirements of LBR 3015-1(c)(4). The Debtor is requested to provide the following:

- Actual monthly income and expense statements (not a profit and loss statement) for the six months preceding the date of the petition with supporting bank statements; and continue to provide them each month until a plan is confirmed;
- Projected income and expenses for the 12 month period following the filing of the petition.
- Evidence of appropriate business insurance.

## Miscellaneous

The Debtor has a duty to cooperate with the Trustee. See 11 USC §521(3) and FRBP 4002(4).

The Debtor has the burden of proof for plan confirmation. See In re: *Huerta* 137 BR 356, 365 (Bkrtcy. C.D.Cal., 1992), In re: *Wolff* 22 B.R. 510, 512 (9th Cir. BAP (Cal.) 1982), In re *Hill* 268 B.R. 548, 552 (9th Cir. BAP (Cal.), 2001).

Te Obj (2.17.10)

## PROOF OF SERVICE OF DOCUMENT

**In Re:** ARCILA, JORGE
**Case No. LA 2:10-bk-28206-VZ**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 606 S. OLIVE STREET, SUITE 950
> LOS ANGELES, CA 90014

The foregoing document described as **NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE BY STANDING TRUSTEE BECAUSE OF DELINQUENT PLAN PAYMENTS PURSUANT TO 11 USC §1307 (b)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 23, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Attorney for Debtor
L. BISHOP AUSTIN
3250 WILSHIRE BLVD., #1500
LOS ANGELES, CA 90010-

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On June 23, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
ARCILA, JORGE
19623 ELLIS HENRY CT.
SANTA CLARITA, CA 91321

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R. Civ.P.5 and/or controlling LBR, on June 23, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 23, 2010 | Sara R. Hussain | /s/ Sara R. Hussain |
|---|---|---|
| Date | Type Name | Signature |