**Exhibit "A"**

# Bank of America

## Home Loans

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Fecha del Estado de Cuenta 05/28/2009
**Número de Cuenta 137425641**
Dirección de la Propiedad
19623 Ellis Henry Court

ESTADO DE CUENTA
MENSUAL DEL PRÉSTAMO DE
INTERESES ÚNICAMENTE
(Durante el Periodo de
Intereses Únicamente)

0025816 01 AV 0.335 **AUTO T4 1 1786 91321-2166
PO A4 AM 0101-----1--2-7- C0000060 IN 1 P25841



JORGE ARCILA
19623 Ellis Henry Ct
Santa Clarita CA 91321-2166

### AVISO IMPORTANTE

BAC Home Loans Servicing, LP provee servicio a su préstamo en representación del poseedor de su pagaré. Esto es para informarle que su cuenta permanece en un estado serio de atraso.

Al no tener contacto inmediato con usted, no tendremos otra alternativa más que tomar la acción apropiada para proteger los intereses del poseedor del pagaré de su propiedad. Esta acción podría incluir la devolución de pagos que sean por menos de la cantidad total a vencer.

**Por favor preste atención de urgencia a este asunto.** Por favor pague la cantidad total a vencer inmediatamente. BAC Home Loans Servicing, LP procederá con la acción de recaudación hasta que su cuenta se ponga totalmente al día y usted sera responsable por todos los cargos acumulados en este proceso hasta el mayor grado permitido por la ley.

Si le es imposible poner su cuenta al día, por favor comuníquese con nosotros al **1-800-669-6654**.

Atentamente,

LOAN SERVICING
Asesor de Préstamos

Sírvase notar que este comunicado proviene de un recaudador de deudas.

### Sus Elecciones de Pago Para Este Mes

Las cantidades que se muestran abajo son pagos totales, los cuales incluyen cantidades recaudadas para artículos de la cuenta en custodia tal y como impuestos y primas del seguro de casa. Usted también puede pagar una cantidad adicional hacia al principal en cualquier mes por cualquier cantidad, al especificar "Principal Adicional" en el cupón de pago.

| Información del Pago | Cantidad Total del Pago** | Pago de Principal y/o Intereses | Cargos Tardíos Sobresalientes |
|---|---|---|---|
| Pago de Intereses Únicamente*** | $2,131.18 | $1,853.20 | 277.98 |
| Pago Amortizado a 15-años | Esta opción no está disponible este mes. | | |
| Pago Amortizado | Esta opción no está disponible este mes. | | |

Sírvase notar: Es posible que las cantidades mencionadas anteriormente pudieron haber cambiado según los pagos hechos, recibidos o devueltos antes o después de que se haya generado este estado de cuenta.

** Cargos Tardíos Sobresalientes de hasta $400.00 son reflejados en la cantidad total del pago.
*** Las cantidades de la Elección de Pago Amortizado y el Pago Amortizado a 15-Años (Amortized Payment Choices) están basadas bajo la suposición que estos pagos siempre se recibirán en la fecha de vencimiento programada. Usted no está requerido a pagar estas cantidades. La cantidad adicional del Principal junto con cada uno de estas alternativas de Elecciones de Pago Amortizado será aplicado como un pago parcial al Principal en la fecha que se recibió el pago. La porción de intereses de su pago será aplicada a partir de la fecha de vencimiento programada. Las Elecciones de Pago Amortizado reducirán su saldo principal y la cantidad de intereses que usted pagara sobre la vida de este préstamo. Las Elecciones de Pago Amortizado son proporcionadas a usted como un servicio adicional, pero de ninguna manera está usted limitado a estas elecciones tratandose de la cantidad de pagos parciales del principal que usted seleccione por su cuenta.
NOTIFICACIÓN IMPORTANTE: Asegúrese de revisar cualquier provisión de penalidad por pago anticipado que usted pueda tener en su préstamo. Según la cantidad de los pagos parciales hechos con anticipación y según cuando se lleven a cabo, es posible que usted pueda llegar a deber un cargo por pago anticipado en cuanto usted liquide su préstamo. you may owe a prepayment charge at the time you payoff your loan.

### Vista Instantánea de Su Préstamo Hipotecario a partir de Mayo 28,

| | | | |
|---|---|---|---|
| Tipo de Préstamo | 30 Yr Fixed Jumbo Interest Only | Fecha de Vencimiento del Pago | 06/01/2009 |
| Saldo principal | $684,257.77 | Cantidad del Pago Vencido | $5,559.60 |
| Tasa de Interés | 3.250% | Cargo Tardío si el pago se recibe después del 06/16/2009 | $92.66 |

Es posible que se le cobre un cargo por cada pago devuelto o rechazado

BAC Home Loans Servicing, LP tiene el deer de informarle

**Bank of America**
**Home Loans**
P.O. Box 10221
Van Nuys, CA 91410-0221

Domicilio Comercial:
450 American Street
Simi Valley, CA 93065-6285

Envíe Pagos a:
P.O. Box 10219
Van Nuys, CA 91410-0219

May 11, 2009

Enviar Correo Certificado:
7113 8257 1473 3149 3799
Pedido del Recibo de Comprobante

Jorge Arcila
19623 ELLIS HENRY CT
SANTA CLARITA, CA 91321-2166

Número de Cuenta: 137425641
Dirección De la Característica:
19623 Ellis Henry Court
Santa Clarita, CA 91321-2166

## NOTIFICACIÓN INTENCIÓN DE ACELERACIÓN

Estimado (a) Jorge Arcila:

BAC Home Loans Servicing, LP (más adelante "BAC Home Loans Servicing, LP") provee servicio al préstamo hipotecario descrito anteriormente en representación del Poseedor del Pagaré (the "Noteholder"). El préstamo está en un estado de incumplimiento crítico porque no se han hecho los pagos requeridos. La cantidad total que se requiere ahora para restablecer el préstamo a partir de la fecha de esta carta es la correspondiente:

| | | |
|---|---|---|
| Cargos Mensuales: | 03/01/2009 | $5,559.60 |
| Recargos por Pagos Tardíos: | 03/01/2009 | $185.32 |
| Otros Cargos: | Recargos Por Pagos Tardios: | $0.00 |
| | Costos No Recaudados: | $0.00 |
| | Pago Parcial Del Saldo: | ($0.00) |
| | **CANTIDAD TOTAL:** | **$5,744.92** |

Usted tiene derecho a remediar el incumplimiento. Para remediar el incumplimiento, en o antes del June 10, 2009, BAC Home Loans Servicing, LP debe recibir la cantidad de $5,744.92 más cualquier pago mensual normal adicional o pagos, recargos por pagos tardíos, honorarios y cargos, los cuales se deben en o antes del June 10, 2009.

El incumplimiento no se considerará remediado a menos que BAC Home Loans Servicing, LP reciba los "fondos seguros" en la cantidad de $5,744.92 en o antes del June 10, 2009. Si algún cheque (u otro pago) nos es devuelto por fondos insuficientes o por cualquier otra razón, los "fondos seguros" no se habrán recibido y el incumplimiento no se remediará. Por lo tanto, no se otorgará una extensión de tiempo para remediar el préstamo debido a una devolución de pago. BAC Home Loans Servicing, LP se reserva el derecho de aceptar o negar un pago parcial por la cantidad total a vencer sin tener que renunciar a cualquiera de los derechos aquí mencionados. Por ejemplo, si menos de la cantidad total que está a vencer se nos envía, nosotros podremos retener el pago y aplicarlo a la deuda, y aún así proceder con una ejecución hipotecaria porque el incumplimiento aún no se habrá remediado.

Si el incumplimiento no se remedia para el June 10, 2009 o antes, los pagos hipotecarios **serán acelerados** con la cantidad total restante acelerada. Esta cantidad se vencerá y será pagadera en total, y se iniciaran los procedimientos de ejecución hipotecaria se iniciarán en ese momento. En fin, la falta en remediar el incumplimiento puede resultar en una ejecución hipotecaria y la venta de su propiedad.

Si es requerido por la ley o sus documentos del préstamo, usted tal vez tenga derecho a remediar el incumplimiento después de la aceleración de los pagos hipotecarios, y antes de la venta de ejecución hipotecaria en su propiedad si todas las cantidades atrasadas se pagan durante el tiempo permitido por la ley. Sin embargo, BAC Home Loans Servicing, LP y el Poseedor del Pagaré tendrán derecho a recaudar la cantidad total de los honorarios y cargos contraídos por BAC Home Loans Servicing, LP, y el Poseedor del Pagaré de ejercer cualquiera de sus remedios, los cuales incluyen, pero no se limitan a honorarios razonables de abogado, hasta el mayor grado permitido por la ley. Más adelante, usted tal vez tenga el derecho de tomar acción judicial para afirmar que no existe incumplimiento o tenga otra defensa a la aceleración y ejecución hipotecaria.

Su préstamo se encuentra en estado de incumplimiento. Según los documentos de su préstamo, BAC Home Loans Servicing, LP puede, entrar y llevar a cabo una inspección sobre su propiedad. El propósito de tal inspección es de (i) observar la condición física de su propiedad, (ii) verificar que la propiedad esté ocupada y/o, (iii) determinar la identidad del ocupante. Si

BAC Home Loans Servicing, LP is a subsidiary of Bank of America, N.A.

Este comunicado proviene de un recaudador de deudas.