1  PROBER & RAPHAEL, A LAW CORPORATION
2  DEAN R. PROBER, ESQUIRE, #106207
   LEE S. RAPHAEL, ESQUIRE, #180030
3  CASSANDRA J. RICHEY, ESQUIRE #155721
   DAVID F. MAKKABI, ESQUIRE #249825
4  MELISSA VERMILLION, ESQUIRE #241354
   WILLIAM K. HONG, ESQUIRE #266690
5  20750 Ventura Boulevard, Suite 100
6  Woodland Hills, California 91364
   (818) 227-0100
7  R.079-920
   Attorneys for Defendant
8

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 2:10-bk-28206-VZ |
| JORGE ARCILA, | CHAPTER 13 |
| Debtor. | Adv. No. 2:10-ap-02129-VZ |
| JORGE ARCILA, | |
| Plaintiff, | Hearing: |
| | Date: August 26, 2010 |
| vs. | Time: 10:00 a.m. |
| | Place: U.S. Bankruptcy Court |
| BANK OF AMERICA HOME LOANS SERVICING, L.P., its assignees and/or successors in interest; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5, inclusive, | 255 East Temple Street |
| | Los Angeles, CA |
| | Courtroom: 1638 |
| | Floor: 13th |
| Defendants. | |

**STIPULATION RESOLVING DEBTOR'S COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIENS PURSUANT TO 11 U.S.C. §506(a)**
**(Cover page)**

1

```
1   PROBER & RAPHAEL, A LAW CORPORATION
    DEAN R. PROBER, ESQUIRE, #106207
2   LEE S. RAPHAEL, ESQUIRE, #180030
    CASSANDRA J. RICHEY, ESQUIRE #155721
3   DAVID F. MAKKABI, ESQUIRE #249825
    MELISSA VERMILLION, ESQUIRE #241354
4   WILLIAM K. HONG, ESQUIRE #266690
5   20750 Ventura Boulevard, Suite 100
    Woodland Hills, CA  91364
6   P.O. Box 4365
    Woodland Hills, CA  91365-4365
7   (818) 227-0100
    R.079-920
8   Attorneys for Defendant
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 2:10-bk-28206-VZ |
| JORGE ARCILA, | CHAPTER 13 |
|    Debtor. | Adv. No. 2:10-ap-02129-VZ |
| JORGE ARCILA, | |
|    Plaintiff, | Hearing: |
| vs. | Date: August 26, 2010<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court |
| BANK OF AMERICA HOME LOANS SERVICING, L.P., its assignees and/or successors in interest ; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5 , inclusive, | 255 East Temple Street<br>Los Angeles, CA<br>Courtroom: 1368<br>Floor: 13th |
|    Defendants. | |

**STIPULATION RESOLVING DEBTOR'S COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIENS PURSUANT TO 11 §U.S.C. 506(a)**

This Stipulation is entered into by and between Jorge Arcila (hereinafter referred to as "Debtor"), by and through his attorney of record, Leroy Bishop Austin; and Defendant Bank of

America Home Loans Servicing, L.P. (hereinafter referred to as "Creditor"), by and through its attorney of record, Prober and Raphael, A Law Corporation.

### **RECITALS**

Debtor and non-filing co-borrower Liliana Arcila are the makers of a Note in favor of Creditor, dated May 19, 2006 in the original principal amount of $ 128,500.00 ("Note"), which is secured by a Deed of Trust encumbering the real property at **19623 Ellis Henry Court, Santa Clarita, California** (the  "Subject Property").  The Note and Second Deed of Trust are collectively referred to hereinafter as the "Subject Loan".

A.  On or about May 7, 2010, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (Los Angeles), and was assigned Case No. 2:10-bk-28206-VZ.

B.  On or about June 23, 2010, Debtor filed a Complaint to Determine Nature and Extent of Liens Pursuant to 11 U.S.C. §506(a) against Creditor, praying that the court find Creditor's Deed of Trust encumbering the Subject Property be avoided and that its claim be paid as an unsecured.  Debtor was assigned Adversary Case No. 2:10-ap-02129-VZ.

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS**:

1. Creditor's claim shall be allowed as a non-priority general unsecured claim and shall be paid as such in accordance with the Debtor's Plan.

2. The avoidance of Creditor's Second Deed of Trust is contingent upon the Debtor's completion of his Chapter 13  plan and the Debtor's receipt of a Chapter 13 discharge;

3. Upon receipt of the Debtor's Chapter 13 discharge and completion of his*her*their Chapter 13 Plan, the Judgment may be recorded by the Debtor with the Los Angeles County Recorder's Office.

4. Creditor shall retain its lien for the full amount due under the Subject Loan should the

1  Subject Property be sold or should a refinance take place prior to Plan completion and entry of a
2  Discharge.

3      5. Creditor shall retain its lien for the full amount due under the Subject Loan in the
4  event of either the dismissal of the Debtor's Chapter 13 case or the conversion of the Debtor's
5  Chapter 13 case to any other Chapter under the United States Bankruptcy Code.

6      6. In the event that any entity, including the holder of the first lien on the Subject
7  Property, forecloses on its security interest and extinguishes Creditor's Deed of Trust prior to the
8  Debtor's completion of his Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien
9  shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject
10 Loan balance at the time of the sale; and

11     7. Each party shall bear its own attorneys' fees and costs incurred in the present
12 bankruptcy case and adversary case.

DATED: July 15, 2010    PROBER & RAPHAEL, A LAW CORPORATION

By _~Lee Raphael~_ /s/
~~David F. Makkabi, Esquire #249825~~  180630
Attorneys for Secured Creditor

DATED:    By _____
Leroy Bishop Austin
Attorney for Debtor

3

| | |
|---|---|
| In re:<br>Jorge Arcila<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-28206-VZ<br>ADV. NUMBER: 2:10-ap-02129-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Prober & Raphael, ALC, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

The foregoing document described **STIPULATION RESOLVING DEBTOR'S COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIENS PURSUANT TO 11 U.S.C. §506(A)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 07/14/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Leroy Bishop Austin** lbishopbk@yahoo.com, lbishopbk@gmail.com
- **Nancy K Curry** ecfnc@trustee13.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **David F. Makkabi** cmartin@pprlaw.net
- **Ben G Gage** bgage@cookseylaw.com
- **Joe M Lozano** notice@NBSDefaultServices.com
- **Vy Pham** vpham@mileslegal.com
- **Ramesh Singh** claims@recoverycorp.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 7/23/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/23/10 | Danielle Seth-Hunter | /s/ Danielle Seth-Hunter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*     **F 9013-3.1**

4

| In re:<br>Jorge Arcila | Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-28206-VZ<br>ADV. NUMBER: 2:10-ap-02129-VZ |
|---|---|---|

**II.     SERVED BY U.S. MAIL**

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332
Judge's Copy

Jorge Arcila
19623 Ellis Henry Ct.
Santa Clarita, CA 91321
Debtor

Leroy Bishop Austin, Esquire
L. Bishop Austin & Associates
3250 Wilshire Blvd, Ste 1500
Los Angeles, CA 90010-1502
Attorney for Debtor

Nancy K. Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014
Chapter 13 Trustee

U.S. Trustee
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017